IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRIJANA PEAK, | |
| Plaintiff, | 8:23CV508 |
| vs. | |
| JARED TAYLOR, Detective #2146; | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on its own motion. Plaintiff Terrijana Peak filed with the Court a Complaint on November 16, 2023. Filing No. 1. Plaintiff failed to include the $402.00 filing and administrative fees or a request to proceed in forma pauperis ("IFP") with her Complaint. Plaintiff has another pending civil case in this court—Case No. 8:23CV345—in which she has been granted leave to proceed IFP and which is currently pending the Court's initial review pursuant to 28 U.S.C. § 1915(e)(2). Both the present Complaint and the complaint in Case No. 8:23CV345 seek damages against Detective Taylor and arise out of the same set of facts. *Compare* Filing No. 1 *with* Filing No. 1, Case No. 8:23CV345. Thus, upon examination, the Court believes Plaintiff's pleading in the present case is more properly construed as an amended or supplemental complaint intended for filing in Case No. 8:23CV345. Accordingly,

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Plaintiff's complaint, Filing No. 1, as an amended complaint in case number 8:23CV345.

      3.      To avoid confusion in the future, any document Plaintiff sends to the Court for filing must include the correct case number.

Dated this 17th day of November, 2023.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge